# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMERICAN EUROPEAN INSURANCE COMPANY, A NEW HAMPSHIRE CORPORATION,
Appellant,
vs.
DAFRANCES HICKS; PEDRO NAVAR-HERRERA; PRECIOUS RICHARD; JOSE ZEPEDA; AND ASHLI BAIDE SAUZO,
Respondents.

No. 81937

FILED

DEC 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on October 14, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. Although appellant subsequently filed a motion for voluntary dismissal of this appeal, to date, appellant still has not paid the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee.[1] *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]In light of this order no action will be taken on the motion to voluntarily dismiss this appeal.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-44722

cc: Hon. Tierra Danielle Jones, District Judge
Ranalli Zaniel Fowler & Moran, LLC/Henderson
Henness & Haight, Injury Attorneys
Jose Zepeda
The Powell Law Firm
Marshall Law Office
Ryan Alexander, Chtd.
Eighth District Court Clerk